# United States Court of Appeals for the Federal Circuit

---

January 4, 2017

**ERRATA**

---

Appeal No. 2015-1329, 2015-1388

**POWER INTEGRATIONS, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**FAIRCHILD SEMICONDUCTOR
INTERNATIONAL, INC., FAIRCHILD
SEMICONDUCTOR CORPORATION,
FAIRCHILD (TAIWAN) CORPORATION,**
*Defendants-Appellants*

Decided:  December 12, 2016
Precedential Opinion

---

The following change has been made:

Page 23, line 10 of the opinion, change "lean" to "lead."